**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DANIEL FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX DATAWORKS, a Delaware corporation, SHOPRUNNER, INC., a Pennsylvania corporation, and affiliated and assorted Companies,<br><br>Defendants. | ) | No. 2:25-cv-02693-SHL-tmp |

**ORDER UNSEALING CASE IN PART**

Before the Court is notice by the United States of America that it has declined to intervene in this action under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), filed September 9, 2026. (ECF No. 14.) In the Notice, the United States requests that the pleadings be unsealed, except for in camera submissions at ECF No. 6-1 and No. 10-1, as those submissions discussed the content and extent of the United States's non-public investigation into the allegations in this case. Additionally, the United States requests that it continue to be served with additional docket entries, to be able to order any deposition transcripts, to intervene in this action for good cause at a later date, to be able to seek dismissal of Realtor's action or claim, and to be served with all notices of appeal. No party has filed opposition to the relief requested in the Notice, and the time to do so has passed.

Therefore, **IT IS ORDERED** that:

1. The Complaint be unsealed and served upon the Defendants by Relator, Daniel Foster;

2. The in camera submissions at docket numbers ECF 6-1 and 10-1 remain under seal and not be made public or served upon the Defendants, as 31 U.S.C. § 3730(b)(3) expressly authorizes these in camera filings to apprise the Court alone of the Government's investigation;

3. The seal be lifted on all other contents of the Court's file and all matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action for good cause at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. Should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**IT IS SO ORDERED**, this 6th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE